640 A.2d 410

**Janine HUGHES, Appellant,**

v.

**COUNCIL 13, AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL–CIO, and the Commonwealth of Pennsylvania, Department of Public Welfare.**

Supreme Court of Pennsylvania.

Argued April 5, 1994.

Decided April 22, 1994.

Edward A. Olds, Dolores Innamorato, Pittsburgh, for J. Hughes.

Alaine Williams, Philadelphia, for AFSCME.

Edward Carey, Pittsburgh, for DPW.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order affirmed.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.